```
 1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2    Including Professional Corporations
    CHARLES S. DONOVAN, Cal. Bar No. 103667
 3  BRIAN R. BLACKMAN, Cal. Bar. No. 196996
    BRENNA E. MOORHEAD, Cal. Bar No. 233425
 4  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 5  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 6  Email:       cdonovan@sheppardmullin.com
                 bblackman@sheppardmullin.com
 7               bmoorhead@sheppardmullin.com

 8  Attorneys for Plaintiff APL Co. Pte. Ltd.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APL CO. PTE. LTD., | No. 3:09-cv-05641-MHP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| VALLEY FORGE INSURANCE COMPANY, | Date:     March 15, 2010<br>Time:     2:00 p.m.<br>Courtroom: 15, Honorable Marilyn Hall Patel |
| Defendant. | |

Plaintiff and defendant stipulate:

1. The hearing on plaintiff's motion for summary judgment, originally noticed for hearing on February 1, 2010, shall instead take place on March 15, 2010;

2. Plaintiff is not required to re-file its moving papers in connection with that motion;

3. Opposition and reply dates shall follow the Local Rules;

4. This change in date does not affect the rights and defenses of the parties.

Dated: January 13, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
CHARLES S. DONOVAN
BRIAN R. BLACKMAN
Attorneys for Plaintiff APL Co. Pte. Ltd.

Dated: January 11, 2010

DUANE MORRIS LLP

By _____
YVETTE D. ROLAND
Attorneys for Defendant Valley Forge Insurance Co.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/15/10

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA