Yvette D. Roland (SBN 120311)
Gina P. Mak (SBN 185225)
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail: ydroland@duanemorris.com
E-Mail: gpmak@duanemorris.com

William J. Baron (SBN 111288)
Eric J. Sinrod (SBN 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: wjbaron@duanemorris.com
E-Mail: ejsinrod@duanemorris.com

Attorneys for Defendant
VALLEY FORGE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APL CO. PTE. LTD., | Case No.: 4:09-cv-05641-MHP |
| Plaintiff, | Hon. Marilyn Patel |
| v. | [~~PROPOSED~~] **ORDER EXTENDING AUTOMATIC STAY OF EXECUTION/ ENFORCEMENT OF JUDGMENT** |
| VALLEY FORGE INSURANCE COMPANY, | |
| Defendant. | [*Stipulation Filed Concurrently*] |
| | Current Stay Expiration: Nov. 29, 2011 |
| | Proposed Stay Expiration: Dec. 9, 2011 |

On November 15, 2011, this Court entered a Judgment in Favor of APL Co. PTE. Ltd. ("APL") And Against Valley Forge Insurance Company ("Judgment"). (Docket No. 93). Based upon APL and Valley Forge's Stipulation To Extend Automatic Stay of Execution/Enforcement of

1 | Judgment and for good cause shown,

2 |     IT IS HEREBY ORDERED AS FOLLOWS:

3 |     The automatic stay of execution and enforcement of the Judgment currently in place pursuant

4 | to Fed. R. Civ. Proc. 62(a) is hereby extended up to and including December 9, 2011.

6 | Dated: _____12/01_____, 2011



Hon. Marilyn Patel
Judge, United States District Court