Yvette D. Roland (SBN 120311)
Gina P. Mak (SBN 185225)
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail: ydroland@duanemorris.com
E-Mail: gpmak@duanemorris.com

William J. Baron (SBN 111288)
Eric J. Sinrod (SBN 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: wjbaron@duanemorris.com
E-Mail: ejsinrod@duanemorris.com

Attorneys for Defendant
VALLEY FORGE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APL CO. PTE. LTD., | Case No.: 4:09-cv-05641-MHP |
| Plaintiff, | Hon. Marilyn Patel |
| v. | [PROPOSED] ORDER ALLOWING VALLEY FORGE INSURANCE COMPANY TO POST A SUPERSEDEAS BOND IN THE AMOUNT OF $2,051,000 PENDING APPEAL PURSUANT TO FED. R. CIV. PROC. 62(D) AND L.R. 65-1 |
| VALLEY FORGE INSURANCE COMPANY, | |
| Defendant. | [*Stipulation Filed Concurrently*] |

On November 15, 2011, this Court entered a Judgment in Favor of APL Co. PTE. Ltd. ("APL") And Against Valley Forge Insurance Company ("Judgment"). (Docket No. 93). Based upon APL and Valley Forge's Stipulation For Valley Forge To Post A Supersedeas Bond In An Amount Agreed To By The Parties, filed concurrently herewith, and for good cause shown,

**IT IS HEREBY ORDERED:**

Within seven (7) days after entry of this order, Valley Forge Insurance Company may post a supersedeas bond with the District Court pending appeal of the Judgment in the amount of $2,051,000.

Dated: December __13__, 2011



Hon. Marilyn Patel
Judge, United States District Court